777 A.2d 412

**In re Nomination Petition of Victor R. DELLE DONNE as Candidate for the Office of Judge of the Commonwealth Court of Pennsylvania.**

**Objector: The Honorable Christine M. Tartaglione,**

**Appeal of: Victor R. Delle Donne.**

Supreme Court of Pennsylvania.

May 3, 2001.

## ORDER

PER CURIAM:

**AND NOW,** this 3rd day of May, 2001, **WE AFFIRM** the Order of the Commonwealth Court.